# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DURAN VEGA, | ) No. EDCV 14-1816 FFM |
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated March 11, 2016.

DATED: March 11, 2016

                                                             /S/ FREDERICK F. MUMM
                                                             FREDERICK F. MUMM
                                                          United States Magistrate Judge